UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:06-561 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(d) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **ZEE ZEE ZELAZURRO** | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

On or about November 18, 2005, in the District of South Carolina, the defendant, **ZEE ZEE ZELAZURRO**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, firearms and ammunition, that is, a Beretta .22LR semi-automatic pistol and .22 caliber ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. Section 924(d) and 28 U.S.C. Section 2461(c) the firearm and ammunition involved in the commission of the offense; a Beretta .22LR, semi-automatic pistol with the serial number BES65180U and .22 caliber ammunition, all of which was seized from ZEE ZEE ZELAZURRO on November 18, 2005.

A ____TRUE____ BILL

s/FOREPERSON
    FOREPERSON

s/REGINALD I. LLOYD
REGINALD I. LLOYD (RCJ)
UNITED STATES ATTORNEY

## Possible Penalties for 18 U.S.C. § 922(g)

18 U.S.C. §§ 922(g), 924(a): - a maximum term of imprisonment of ten (10) years, a fine of $250,000 (18 U.S.C. § 3571) and a term of supervised release of not more than three (3) years (18 U.S.C. § 3583) in addition to any term of imprisonment, plus a special assessment of $100.00 (18 U.S.C. § 3013).

## If defendant has at least three prior convictions for a violent felony or serious drug offense:

18 U.S.C. § 924(e) - a mandatory minimum term of imprisonment of fifteen (15) years and a maximum term of imprisonment of Life, a fine of $250,000 (18 U.S.C. § 3571) and a term of supervised release of not more than five (5) years (18 U.S.C. § 3583) in addition to any term of imprisonment, plus a special assessment of $100.00 (18 U.S.C. § 3013).